IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TSHAI BUDHI,

   Plaintiff,

    v.

BAC HOME LOANS SERVICING, LP,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2785-TWT

## ORDER

This is an action seeking damages under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 28] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 5]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 5] is GRANTED.

SO ORDERED, this 11 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge